Form ntcdsm

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

Case No.: 17−32995
Chapter: 13
Judge: A. Benjamin Goldgar

In Re:
   Samantha L. Snowden
   4149 Continental Dr.
   Waukegan, IL 60087

Social Security / Individual Taxpayer ID No.:
   xxx−xx−4249

Employer Tax ID / Other nos.:

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on March 9, 2018

FOR THE COURT

Dated: March 13, 2018            <u>Jeffrey P. Allsteadt , Clerk</u>
                                                     United States Bankruptcy Court

```
                                  United States Bankruptcy Court
                                  Northern District of Illinois
In re:                                                                                  Case No. 17-32995-ABG
Samantha L. Snowden                                                                     Chapter 13
          Debtor                          CERTIFICATE OF NOTICE
District/off: 0752-1           User: cpatterso              Page 1 of 2                  Date Rcvd: Mar 13, 2018
                               Form ID: ntcdsm              Total Noticed: 46


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2018.
db             +Samantha L. Snowden,    4149 Continental Dr.,    Waukegan, IL 60087-1806
26167164       +Advocate Health Care,    Patient Financial Services,    PO Box 129,    Lombard, IL 60148-0129
26167165       +Advocate Medical Group,    20110 Governors Highway,    Olympia Fields, IL 60461-1088
26167170        City of Waukegan,   100 N. Martin Luther King Jr. Ave,     Waukegan, IL 60085-4395
26167169        City of Waukegan,   Photo Enforecement Program,    Dept. 921,    Carol Stream, IL 60132-0921
26167171       +City of Waukegan,    PO Box 457,    Wheeling, IL 60090-0457
26167172        Comcast,   Bankruptcy Department,    11621 E. Marginal Way 5,    Tukwila, WA 98168-1965
26167173        Commonwealth Edison-Care Center,    Bankruptcy Department,    PO Box 6113,
                 Carol Stream, IL 60197-6113
26167174       +Credit Acceptance,   Po Box 513,    Southfield, MI 48037-0513
26167175       +Credit Acceptance,    Attn: Bankruptcy Dept,    25505 West 12 Mile Rd Ste 3000,
                 Southfield, MI 48034-8331
26167182       +Gurnee School District 56,    3706 Florida Ave,    Gurnee, IL 60031-5527
26167184       +Lake County Circuit Court,    18 N County St,    Waukegan, IL 60085-4369
26167185        Linebarger Goggan Blair & Sampson,    Attorneys at Law,    PO Box 06357,    Chicago, IL 60606-0357
26167189       +North Shore Gas,   Bankruptcy Department,    200 E. Randolph Street,    Chicago, IL 60601-6433
26167190        North Shore Water Reclamation Distr,    14770 W Wm Koepsei Dr,    Gurnee, IL 60031-0750
26377934       +PEOPLES GAS LIGHT & COKE COMPANY,    200 EAST RANDOLPH STREET,    CHICAGO, ILLINOIS 60601-6433
26167191       +Pasi,   PO Box 1022,    Wixom, MI 48393-1022
26167192       +Peoples Gas,   Bankruptcy Department,    200 E. Randolph Street,    Chicago, IL 60601-6302
26167193       +Regional Recovery service,    Bankruptcy Department,    2701 S Dirksen Parkway,
                 Springfield, IL 62723-1000
26167196        Title Max,   3101 Grand Ave,    Waukegan, IL 60085-2201
26167197        U S Dept Of Ed/Gsl/Atl,    Po Box 4222,    Iowa City, IA 52244
26167198       +Village of Gurnee - W,    PO Box 6253,    Carol Stream, IL 60197-6253
26445353       +WAUKEGAN CLINIC CORP,    PO BOX 188,    BRENTWOOD, TN 37024-0188
26167199       +Waukegan Clinic Corp.,    1050 Red Oak Lane,    Lindenhurst, IL 60046-4998

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
26167167       +EDI: CINGMIDLAND.COM Mar 14 2018 05:03:00      AT&T,   Bankruptcy Department,
                 5407 Andrew Highway,    Midland, TX 79706-2851
26518890       +EDI: AIS.COM Mar 14 2018 05:03:00      AT&T CORP,    by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
26410245        E-mail/Text: cashnotices@gmail.com Mar 14 2018 01:24:56       AmeriCash Loans, L.L.C.,
                 P.O. Box 184,   Des Plaines, IL 60016-0003
26167166        E-mail/Text: cashnotices@gmail.com Mar 14 2018 01:24:57       Americash,    880 Lee St.,
                 Suite 302,   Des Plaines, IL 60016-6487
26410244        E-mail/Text: opportunitynotices@gmail.com Mar 14 2018 01:24:30        Brandon S. Lefkowitz,
                 24100 Southfield Road,    Suite 203,    Southfield, MI 48075-2851
26167168        E-mail/Text: opportunitynotices@gmail.com Mar 14 2018 01:24:30
                 Brandon S. Lefkowitz, Attorney at L,    24100 Southfield Road,    Suite 203,
                 Southfield, MI 48075-2851
26218978        E-mail/Text: comedbankruptcygroup@exeloncorp.com Mar 14 2018 01:24:53
                 Commonwealth Edison Company,    Attn: Bankruptcy Department,    1919 Swift Drive,
                 Oakbrook Terrace, IL 60523-1502
26167177        EDI: DIRECTV.COM Mar 14 2018 05:08:00      DirecTV,    PO Box 9001069,
                 Louisville, KY 40290-1069
26167176       +EDI: NAVIENTFKASMDOE.COM Mar 14 2018 05:08:00      Dept Of Ed/navient,    Po Box 9635,
                 Wilkes Barre, PA 18773-9635
26167178       +EDI: NAVIENTFKASMDOE.COM Mar 14 2018 05:08:00      Dpt Ed/slm,    Po Box 9635,
                 Wilkes Barre, PA 18773-9635
26439948       +EDI: ECMC.COM Mar 14 2018 05:03:00      ECMC,   PO Box 16408,    St. Paul, MN 55116-0408
26167180       +EDI: CONVERGENT.COM Mar 14 2018 05:08:00      ER Solutions, Inc.,    800 SW 39th St,
                 Renton, WA 98057-4975
26167181        E-mail/Text: bknotice@ercbpo.com Mar 14 2018 01:23:29       ERC,    8014 Bayberry Road,
                 Jacksonville, FL 32256-7412
26167179        EDI: ECMC.COM Mar 14 2018 05:03:00      Ecmc,    111 Washington Ave,    Minneapolis, MN 55401
26167183       +EDI: PHINHARRIS Mar 14 2018 05:03:00      Harris & Harris, Ltd,    111 West Jackson Blvd,
                 Suite 400,   Chicago, IL 60604-4135
26167187       +EDI: NAVIENTFKASMSERV.COM Mar 14 2018 05:03:00      Navient,    PO Box 9500,
                 Wilkes Barre, PA 18773-9500
26167186        EDI: NAVIENTFKASMSERV.COM Mar 14 2018 05:03:00      Navient,    PO Box 9555,
                 Wilkes Barre, PA 18773-9555
26167188        EDI: NAVIENTFKASMGUAR.COM Mar 14 2018 05:04:00      Navient Solutions, Inc.,
                 Bankruptcy Litigation Unit E3149,    PO Box 9430,    Wilkes Barre, PA 18773-9430
26358405        EDI: NAVIENTFKASMSERV.COM Mar 14 2018 05:03:00      Navient Solutions, LLC. on behalf of,
                 Department of Education Loan Services,    PO BOX 9635,    Wilkes-Barre, PA 18773-9635
26167194        EDI: NEXTEL.COM Mar 14 2018 05:03:00      Sprint,    PO Box 4191,    Carol Stream, IL 60197-4191
26167195        EDI: NEXTEL.COM Mar 14 2018 05:03:00      Sprint Corp.,    Attn: Bankruptcy Dept.,    PO Box 7949,
                 Overland Park, KS 66207-0949
26167200       +E-mail/Text: cashnotices@gmail.com Mar 14 2018 01:24:56       Waukegan Loan Managment,
                 2850 Belvidere Rd,    Waukegan, IL 60085-6040
                                                                                               TOTAL: 22
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2018 at the address(es) listed below:

```
          Christopher H Purcell    on behalf of Creditor    CREDIT ACCEPTANCE CORPORATION shermlaw13@aol.com
          David M Siegel    on behalf of Debtor 1 Samantha L. Snowden davidsiegelbk@gmail.com,
           author@proofofpayments.com;R41057@notify.bestcase.com;johnellmannlaw@gmail.com
          Glenn B Stearns    mcguckin_m@lisle13.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                TOTAL: 4
```